# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Lee Momient

          Plaintiff,

v.               Case No.: 1:16–cv–02856

              Honorable Samuel
              Der–Yeghiayan

Comcast Cable Communications Management,
LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 16, 2016:

   MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held on 6/16/2016. Counsel for Defendants was present. Pro Se Plaintiff Lee Momient was not present. Defendants' counsel reported an agreement has been reached between the parties and Motion to Dismiss shall follow. For the reasons state forth on the record, this case is hereby dismissed with prejudice in light of the agreement reached between Plaintiff and Defendants. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.