**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 15 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LEE MOMIENT

    Plaintiff,

v.

COMCAST COMMUNICATIONS INC et al.

    Defendant.

Case No. 16-cv-2856

Judge: Samuel Der-Yeghiayan

### NOTICE OF VOLUNTARY DISMISSAL WITH AND WITHOUT PREJUDICE

Now comes the plaintiff Lee Momient in his notice of voluntary dismissal, pursuant to 41(a)(a)(A)(i) and he states as follows:

1. No defendant has filed an answer in this case.
2. He dismisses voluntarily against both defendants.
3. He dismisses with prejudice against defendant Stellar Recovery, Inc.
4. He dismisses without prejudice against defendant Stellar Recovery, Inc.

Wherefore, he prays this court enter a dismissal of the above captioned matter in accordance with this notice.

/s/Lee Momient
Pro Se Plaintiff
Po box 608082
Chicago Il 60660
773-712-3989

### Certificate of Service

Plaintiff certifies that on 6/15/2016 he served the defendants by counsel of record via ECF.

/s/Lee Momient
Pro Se Plaintiff
Po box 608082
Chicago Il 60660
773-712-3989